# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BISMARY DIAZ, Administrator** | : | **CIVIL ACTION** |
| Of the Estate of Angel Aviles | : | |
| v. | : | |
| | : | |
| **EMPIRE FIRE AND MARINE INSURANCE** | : | |
| **COMPANY, TERRELL JOHNSON and** | : | |
| **SIXT RENT A CAR, LLC** | : | **NO. 24-1549** |

## ORDER

**NOW**, this 31st day of July, 2024, upon consideration of Plaintiff's Motion for Remand (Doc. No. 6) and the defendant's response, it is **ORDERED** that the motion is **DENIED**.

**IT IS FURTHER ORDERED** that the plaintiff shall file her response to the Motion to Dismiss of Defendant Empire Fire and Marine Insurance Company no later than **Wednesday, August 14, 2024.**

_____
TIMOTHY J. SAVAGE, J.